IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                     Criminal Action No. 06- 27M

LARA SMITH,

    Defendant.

FILED FEB 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MISDEMEANOR INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about February 18, 2003, in the State and District of Delaware, LARA SMITH, defendant herein, with intent to defraud, did make false reports and statements to the United States Department of Housing and Urban Development, that is, she falsely under reported her household income to said Department for the purpose of receiving federal rental assistance from said Department, to which she was not entitled, for a residence in Dover Delaware under the management of the Dover Housing Authority, in violation of Title 18, United States Code, Section 1012.

### COUNT II

On or about March 1, 2004, in the State and District of Delaware, LARA SMITH, defendant herein, with intent to defraud, did make false reports and statements to the United States Department of Housing and Urban Development, that is, she falsely under reported her household income to said Department for the purpose of receiving federal rental assistance from said Department, to which she was not entitled, for a residence in Dover Delaware under the

management of the Dover Housing Authority, in violation of Title 18, United States Code, Section 1012.

## COUNT III

On or about August 27, 2004, in the State and District of Delaware, LARA SMITH, defendant herein, with intent to defraud, did make false reports and statements to the United States Department of Housing and Urban Development, that is, she falsely under reported her household income to said Department for the purpose of receiving federal rental assistance from said Department, to which she was not entitled, for a residence in Dover Delaware under the management of the Dover Housing Authority, in violation of Title 18, United States Code, Section 1012.

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

DATED: February 27, 2006