AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
Lara Smith

Dover, DE 19901

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: 06-27M (MPT)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>Wilmington, Delaware 19801  *Report to U.S. Marshal's Rm# 100 by Noon.* | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time |
| Before: **Honorable Mary Pat Thynge, U.S. Magistrate Judge** | 3/15/06 at 1:00 P.M. |

To answer a(n)
 Indictment  X  Information  ☐ Complaint  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1012

Brief description of offense:

FALSE STATEMENT TO HUD

FILED
MAR 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Evette Walson, Deputy Clerk_
Signature of Issuing Officer

3/6/06 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7004 1160 0006 7939 8081

Lara Smith

Dover, DE 19901

PS Form 3800, June 2002                See Reverse for Instructions