# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-27M-MPT |
| | ) | |
| LARA SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO EXCLUDE TIME

The United States of America, through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and the defendant, LARA SMITH, through her attorney, Christopher S. Koyste, hereby stipulate as follows:

1.    The parties are exploring the possibility of resolving this case through pre-trial diversion and need additional time to determine if such a resolution is possible.

2.    The parties move to exclude time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, for an additional 60 days, in the interests of justice.

COLM F. CONNOLLY
United States Attorney

_____
Christopher S. Koyste,
Attorney for Defendant

BY: _____
Douglas E. McCann
Assistant U.S. Attorney

Dated: July 17 2006

Dated: July 14, 2006

**FILED**

**JUL 2 5 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* * *

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

An additional 60 days from the date of this Order shall be excludable under the Speedy

Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*).

Date: July 25, 2006

UNITED STATES ~~DISTRICT JUDGE~~