IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-27M MPT |
| LARA SMITH, | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss the above-captioned case in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

DATED: March 2, 2007

IT IS HEREBY ORDERED this ____ day of March, 2007, that the United States' Motion to Dismiss is GRANTED.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I, Douglas E. McCann, hereby certify that I caused the foregoing Motion to Dismiss to be served this 2nd day of March, 2007, on the following counsel in the manner indicated.

**BY CM/ECF**

Christopher Koyste, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware 19801

                                                                 Douglas E. McCann