IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-27M MPT |
| LARA SMITH, | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss the above-captioned case in the interests of justice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

DATED: March 2, 2007

IT IS HEREBY ORDERED this __9__ day of March, 2007, that the United States' Motion to Dismiss is GRANTED.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAR - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE